■ In the Matter of FORECLOSURE OF 1996 TAX LIENS by Proceeding in Rem Pursuant to Article II of Real Property Tax Law by County of Jefferson. COUNTY OF JEFFERSON, Respondent; AMERICU CREDIT UNION, Formerly Known as UP STATE FEDERAL CREDIT UNION, Appellant. [732 NYS2d 792] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court properly denied the motion of AmeriCU Credit Union, f/k/a Up State Federal Credit Union (Credit Union), for summary judgment dismissing the petition in this tax foreclosure proceeding but erred in *sua sponte* granting summary judgment to Jefferson County. There is an issue of fact whether the Credit Union or the Federal government owns the building (*see generally, Zuckerman v City of New York,* 49 NY2d 557, 562). We therefore modify the order by vacating the award of summary judgment to Jefferson County and reinstating the Credit Union's answer. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present— Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ CHANDRA DALCHAND et al., Appellants, v CONSTANCE MISSIGMAN, Respondent, et al., Defendants. [732 NYS2d 791] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted the cross motion of Constance Missigman (defendant) to amend her answer to add an affirmative defense based upon the medical emergency doctrine. A driver "who experiences a sudden medical emergency will not be chargeable with negligence provided that the medical emergency was unforeseen" (1A NY PJI 218 [3d ed 2001]; *see also, Ficorilli v Thomsen,* 262 AD2d 602, 603; *State of New York v Susco,* 245 AD2d 854, 855). According to her deposition testimony, defendant was stopped in traffic behind the stopped vehicle of plaintiff Chandra Dalchand and experienced a painful foot cramp that caused her foot to slip from the brake. Based on that deposition testimony, defendant is entitled to assert the affirmative defense of medical emergency (*see, Reeg v Hodgson,* 1 Ohio App 2d 272, 274, 202 NE2d 310, 313). (Appeal from Order of Supreme Court, Onondaga County, McCarthy, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.